UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | ) Case No. 2:12-dv-14106-DPH |
| Plaintiff, | ) Hon. Denise Page Hood |
| vs. | ) |
| JOHN DOES 1-72, | ) |
| Defendants. | ) |

| | |
|---|---|
| PAUL J. NICOLLETTI  (P-44419) | JOHN T. HERMANN  (P-52858) |
| Attorney for Plaintiff | Attorney for John Doe Defendant 50 |
| 36880 Woodward Ave, Suite 100 | 2684 West Eleven Mile Road |
| Bloomfield Hills, MI 48304 | Berkley, MI 48072 |
| (248) 203-7801 | (248) 591-9291 |

## ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that I am the will be appearing counsel on behalf of Defendant JOHN DOE NUMBER 50 in connection with the above captioned civil case. Please provide me with copies of all pertinent pleadings, notices and/or materials.

Dated:  January 4, 2013

s/ John T. Hermann
JOHN T. HERMANN (P52858)
Attorney for Defendant Doe 50
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-9291

## CERTIFICATE OF ELECTRONIC SERVICE

  I herby certify that I electronically filed the foregoing paper with the Clerk of the Court with the ECF system which will send notification of each filing to the following:

    Paul J. Nicoletti, Esq.

| | |
|---|---|
| Dated: January 4, 2013 | s/ John T. Hermann |
| | JOHN T. HERMANN (P-52858) |
| | Attorney for Defendant Doe 50 |
| | 2684 West Eleven Mile |
| | Berkley, MI 48072 |
| | (248) 591-9291 |