INDEX OF EXHIBITS

| Identifier | Title |
|---|---|
| 1 | Shedding Light on Copyright Trolls: UCLA Entertainment Law Review (2011) |
| 2 | *Patrick Collins v. John Does, 1-12*, Case No. 12-cv-13310-AJT E.D. Mich. Opinion and Order to Show Cause Dated 09/10/12 |
| 3 | *Patrick Collins v. John Does, 1-12*, Case No. 11-cv-15231-GCS E.D. Mich. Opinion and Order to Show Cause Dated 04/02/12 |
| 4 | *Media Products, Inc. v. John Does 1-20*, Case No. 12-cv-30100 Dist. Mass. Opinion and Order to Sever and Dismiss Dated 09/05/12 |
| 5 | *Patrick Collins v. John Does, 1-45*, Case No. 12-cv-3507 S.D.N.Y. Opinion and Order to Show Cause Dated 08/23/12 |
| 6 | *Third Degree Films v. John Does 1-47,* Case No. 12-10761-WGY Dist. Mass. Memorandum and Order Dated October 2, 2012 |
| 7 | *Third Degree Films v. John Does 1-108,* Case No. DKC 11-3007 Dist. M.D. Memorandum and Opinion Dated 04/12/2012 |
| 8 | *Malibu Media v. John Does 1-10, Case No.* 12-cv-03810-ER S.D.N.Y. Order Dated August 21, 2012 |
| 9 | *4Twenty Media, Inc. v. Swarm Sharing Hash Files and Does 1-1,341,* Case No. 12-cv-00031 W.D.LA. Memorandum and Order Dated August 17, 2012 |
| 10 | *Combat Zone, Inc. v. Does 1-84,* Case No. 12-30085-MAP Dist. Mass. Order to Show Cause Dated October 4, 2012 |
| 11 | *Patrick Collins Inc., v. John Does 1-15,* Case No. 1:12-CV-618 W.D. Mich. Order Dated August 13, 2012 |
| 12 | *Malibu Media* Case No. 2:12-cv-01642-RGK United States District Court for the Northern District of California Order Dismissing all but John Doe Number 1 Dated October 10, 2012 |
| 13 | *Malibu Media v. John Does 1-13* Case No 2:12-cv-1260 United States District Court for the Eastern District of California Order Dismissing Does 2-13 Dated October 10, 2012 |