**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

THIRD DEGREE FILMS, INC.,

    Plaintiff,

v.                                       Civil Action No. 2:12-cv-14106-DPH-DRG

JOHN DOES 1-72,

    Defendants.

                                           /

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 48 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 48 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 48 was assigned the IP Address 71.238.53.146. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 48 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January ___, 2013

                                              Respectfully submitted,

                                              By:   <u>/s/ *Paul J. Nicoletti*</u>
                                              Paul J. Nicoletti
                                              pauljnicoletti@gmail.com
                                              LAW OFFICE OF NICOLETTI &
                                              ASSOCIATES, PLLC
                                              36880 Woodward Avenue, Suite 100
                                              Bloomfield Hills, Michigan 48304
                                              Phone: (248) 203-7800
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on January ____, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By:  /s/ *Paul J. Nicoletti*
                Paul J. Nicoletti

## CERTIFICATE OF COMPLIANCE

  Pursuant to MI R USDCTED LR 5.1(a), I hereby certify that the PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 48 ONLY has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3).  This document was prepared using Times New Roman (12 pt.).

  This _____ day of January, 2013.

                /s/ *Paul J. Nicoletti*
                Paul J. Nicoletti