UNITED STATES DISTRICRT COURT
IN THE EASTERN DISTRICT OF MICHIGAN-DETROIT
_____

Third Degree Films,

            Plaintiff,

**Case No.: 12-cv-14106**
**Hon. Denise Page Hood**

vs.

John Does 1-72,

            Defendants.
_____/

| | |
|---|---|
| Paul J. Nicoletti, Esq. (P44419) | Marla A. Skeltis (P62141) |
| Attorney for Plaintiff | Attorney for John Doe No.: 70 |
| 36880 Woodward Ave., Suite 100 | Randall S. Miller & Associates, P.C |
| Bloomfield Hills, MI 48304 | 43252 Woodward Avenue, Suite 180 |
| (248) 203-7800 | (248) 335-9200 |

_____/

**NOTICE OF WITHDRAWAL OF JOHN DOE NO. 70'S MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, MOTION TO SEVER**

    NOW COMES John Doe No. 70, by and through his counsel, Marla A. Skeltis, and hereby gives notice that he withdraws his Motion to Quash Subpoena, or in the Alternative, Motion to Sever as he has decided not to pursue either of said Motions at this time.

    John Doe No. maintains a denial of being subject to the jurisdiction of this Honorable Court and reserves all arguments relating to lack of jurisdiction.

Dated: February 26, 2013        /s/Marla A. Skeltis
                                          Marla A. Skeltis (P62141)
                                          Randall S. Miller & Associates, P.C.
                                          Attorneys for Defendant John Doe No. 70
                                          43252 Woodward Avenue, Suite 180
                                          Bloomfield Hills, MI 48302
                                          mskeltis@rsmalaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned states that on February 26, 2013, copies of Notice of Withdrawal of John Doe No. 70's Motion to Quash Subpoena, or in the alternative, Motion to Sever were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties.

                                                             /s/ Marla A. Skeltis
                                                            Marla A. Skeltis (P62141)