UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THIRD DEGREE FILMS, INC.,**

      **Plaintiff,**                               Case No. 12-14106
vs.                                           HONORABLE DENISE PAGE HOOD

**JOHN DOE #2,**

      **Defendant.**

_____/

**ORDER DISMISSING ACTION**

On May 23, 2014, Plaintiff filed a Notice of Voluntary Dismissal as to remaining Defendant John Doe #2 pursuant to Fed. R. Civ. P. 41(a) in response to the Order to Show Cause issued by the Court on May 22, 2014.

Accordingly,

IT IS ORDERED that the Order to Show Cause (Doc. No. 29) is SET ASIDE.

IT IS FURTHER ORDERED that remaining Defendant John Doe #2 and this action are DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(A)(i).

                                        S/Denise Page Hood
                                        Denise Page Hood
                                        United States District Judge

Dated:  May 29, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 29, 2014, by electronic and/or ordinary mail.

                                        S/LaShawn R. Saulsberry
                                        Case Manager